UNITED STATES DISTRICT COURT          07cv1711oshow

DISTRICT OF CONNECTICUT

AGNES KOLE
                                              PRISONER
    v.                    Case No. 3:07CV1711(JCH)

HARLEY LAPPIN, et al.

## ORDER TO SHOW CAUSE

Upon the petition of Agnes Kole, dated October 16, 2007, and received by the court on November 19, 2007, it is hereby

**ORDERED** that respondents file a response on or before **December 26, 2007** as to why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is

**ORDERED** that the Clerk serve this petition by mailing a copy of this order and a copy of the petition and all attachments to respondents' representative, Kevin O'Connor, United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, CT 06508, on or before **December 5, 2007.**

Dated at Bridgeport, Connecticut this 29th day of November, 2007.

                                                /s/  
                                              HOLLY B. FITZSIMMONS  
                                              UNITED STATES MAGISTRATE JUDGE