UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AGNES KOLE

      v.           3:07cv1711 JCH

HARLEY LAPPIN,
Director U. S. Bureau of Prisons
D. SCOTT DODDRILL,
Director NE Region Bureau of Prisons,
DONNA ZICKEFOOSE,
Warden FCI, Danbury,
FELIPE RODROGUEZ,
Associate Warden FCI, Danbury,
ANNE MARIE RAFFTERY,
Supervisor Chaplain, FCI Danbury

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge on a bench trial as a result of plaintiff's petition under 28 USC 2241.

On April 16, 2008, a Bench Trial Ruling was filed denying the petition for habeas corpus and finding in favor of the defendants.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the petition is dismissed.

Dated at Bridgeport, Connecticut, this 17th day of April, 2008.

                                   ROBERTA D. TABORA, Clerk

                                   By    /s/ Chrystine W. Cody
                                          Deputy-in-Charge

Entered on Docket _____